UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-201 (RMC) |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion separately and contemporaneously issued this 12th day of August, 2005, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgement is **GRANTED** in part and **DENIED** in part; and it is

**FURTHER ORDERED** that Defendants' Motion to Dismiss is **GRANTED** in part and **DENIED** in part; and it is

**FURTHER ORDERED** that Judgment is entered in favor of Plaintiffs on Count 1 of the Complaint only insofar as it complains that the Regulations in Subpart E of the Rules and Regulations Department of Homeland Security Office of Personnel Management, 5 C.F.R. § 9701 *et seq.*, fail to "ensure that employees may . . . bargain collectively" as required by the Homeland Security Act, 5 U.S.C. § 9701(b)(4); and it is

**FURTHER ORDERED** that Judgment is entered in favor of Plaintiffs on Counts 2 and 3; and it is

**FURTHER ORDERED** that Judgment is entered in favor of Defendants on Count 4; and it is

**FURTHER ORDERED** that the Defendants are enjoined from implementing Subpart E and 5 C.F.R. § 9701.706(k)(6) of Subpart G of the Rules and Regulations Department of Homeland Security Office of Personnel Management.

**SO ORDERED.**

```
         /s/
ROSEMARY M. COLLYER
United States District Judge
```

DATE: August 12, 2005.